# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Everett Gregory Casteel,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Maricopa County Sheriff's Department, et al.,<br><br>　　　　　Respondents. | No. CV-13-01832-PHX-DJH<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Bridget S. Bade ("R & R") (Doc. 26), recommending that this Court: (1) grant Respondents' Motion to Transfer Pursuant to Ninth Circuit Rule 22-3 (Doc. 23); (2) deny as moot Respondents' Motion to Stay the Time for Filing an Answer (Doc. 23); (3) deny as moot Petitioner's Motions to Dismiss (Doc. 24) and his Motion to Stay (Doc. 25). R & R (Doc. 26) at 3:1-8.  As the R & R allowed, *pro se* Petitioner timely filed his objections (Docs. 27-28).

After reviewing Petitioner's objections, the Court finds them to be without merit, especially in view of the R & R's sound reasoning.

Accordingly,

**IT IS ORDERED ACCEPTING AND ADOPTING** as an Order of this Court Magistrate Judge Bade's R & R (Doc. 26);

**IT IS FURTHER ORDERED** that Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 7) is referred to the United States

1  Court of Appeals for the Ninth Circuit pursuant to Ninth Circuit Rule 22-3; and
2  **IT IS FINALLY ORDERED** that the Clerk of the Court shall administratively
3  close this case.
4  Dated this 2nd day of February, 2015.

Honorable Diane J. Humetewa
United States District Judge